## Michael CULLEN, an individual and on behalf of the General Public, Plaintiff—Appellant,

v.

## BANK ONE CORPORATION, an entity of unknown form; et al., Defendants—Appellees.

No. 03–55347.

D.C. No. CV–02–00760–RMB/CGA.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 10, 2004.

Decided Dec. 27, 2004.

Deborah L. Raymond, Law Office of Deborah L. Raymond, Solana Beach, CA, for Plaintiff–Appellant.

of this circuit except as provided by Ninth Circuit Rule 36–3.

George G. Weickhardt, Ropers Majeski Kohn & Bentley, San Francisco, CA, for Defendants–Appellees.

Before B. FLETCHER, NOONAN, and PAEZ, Circuit Judges.

### MEMORANDUM

Michael Cullen appeals the district court's dismissal with prejudice of his Truth–in–Lending–Act (TILA) claim against Bank One. Cullen alleges that the action violated the automatic stay of bankruptcy and that the bankruptcy filing deprived the district court of jurisdiction pursuant to local rules. Holding that Cullen lacked standing, we affirm the dismissal.

In the days before the district court was to rule on his amended complaint, Cullen filed for Chapter 7 bankruptcy protection. Upon the filing of his bankruptcy petition, Cullen's pending lawsuit became estate property as a potential asset. *Dunmore v. U.S. (In re Dunmore)*, 358 F.3d 1107 (9th Cir.2004). The debtor therefore lacked standing to continue as plaintiff. *Turner v. Cook*, 362 F.3d 1219, 1225–26 (9th Cir. 2004).

Holding that Cullen lacked standing to appeal the district court's ruling to this court, we dismiss the appeal.

**DISMISSED.**